UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| NIA GLENN-LOPEZ, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| JASON S. MANGRUM, ET AL., | CASE NO: 17-2147-STA-cgc |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting Magistrate Judge's Report and Recommendation entered on June 11, 2019, the Court hereby adopts the Report and Plaintiff's Complaint is DISMISSED.

APPROVED:

s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 6/11/2019

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk